# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANNY L. STICE, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: CR21-3012-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge (via VTC)<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold     Contract? --<br>Contact Information: -- |

| Date: | 2/23/2021 | Start: | 11:06 a.m. | Adjourn: | 11:14 a.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |
| Appearances: | | Plaintiff: | AUSA Ron Timmons | | | | | | |
| | | Defendant: | Nathan Lab (defendant appears personally) | | | | | | |
| | | U.S. Probation: | Tonya Geisinger | | | | | | |
| | | Interpreter: | | Language: | | Certified: | | Phone: | |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | |
|---|---|---|---|---|---|

| | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|
| Date of Petition: | Sealed Petition for Revocation of Supervised Release (Warrant) filed on 1/28/2021 at docket entry #2, Sealed First Supplemental and Substituted Petition to Revoke Supervision (Warrant) filed on 1/23/2021 at docket entry #3 | | | |
| Was defendant *Mirandized*? | Yes | | | |
| Counsel: Retained: or Appointed: X FPD/Other: Nathan Lab | | | | |
| Did defendant provide financial affidavit? | | | No | |
| Did the government orally move for detention? | Yes | Was the defendant detained? | Yes | |
| Was a detention hearing set? | No | Date: | | |
| Was a preliminary exam set? | No | Date: | | |
| Revocation Hearing set? | Yes | Date: | 3/3/2021 10:00 AM before Chief Judge Strand | |
| **Witness/Exhibit List is** | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | |
| **Miscellaneous:** | Defendant consents to Judge Mahoney appearing via VTC.<br>The Government's oral motion for detention is moot given defendant's knowing and voluntary waiver.<br>Defense counsel indicates he will be moving to continue the revocation hearing | | | |

Page **1** of 1