# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America )<br>v. )<br>DANNY L. STICE )<br>)<br>*Defendant* ) | Case No. 21-CR-3012-LTS-KEM |

## ORDER OF TEMPORARY DETENTION PENDING
## REVOCATION OF SUPERVISED RELEASE HEARING

A revocation of supervised release hearing in this case is scheduled as follows:

| Place: | United States Courthouse<br>320 6th Street - Third Floor Courtroom<br>Sioux City, Iowa 51101 | Before Judge | Leonard T. Strand, Chief Judge |
|---|---|---|---|
| | | Date and Time: | 03/03/2021 AT 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**IT IS FURTHER ORDERED:** Counsel for the defendant is reminded to file a notice with the court stating whether allegations in the Petition to Revoke Supervision will be contested pursuant to Public Administrative Order No. 16-AO-0006-P for the Northern District of Iowa.

Date: 02/23/2021

*Judge's signature*

Kelly K.E. Mahoney
Chief United States Magistrate Judge
*Printed name and title*