# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DANNY L. STICE, <br> Defendant. | **HEARING MINUTES** Sealed: No <br> Case No.: 3:21-cr-3012-LTS-KEM-1 <br> Presiding Judge: Leonard T. Strand <br> Deputy Clerk: Joseph Malanson <br> Official Court Record: Shelly Semmler Contract? No <br> Contact Information: SSemmlerReporting@gmail.com |

| Date: | 3/31/2021 | Start: | 10:00AM | Adjourn: | 10:49AM | Courtroom: | Donald E. O'Brien | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | n/a | | | Time in Chambers: | | n/a | Telephonic? No |
| Appearances: | | Plaintiff(s): | AUSA Ron Timmons | | | | | | |
| | | Defendant(s): | Nathan Lab (defendant present) | | | | | | |
| | | U.S. Probation: | PO Dustin Lutgen | | | | | | |
| | | Interpreter: | | n/a | | Language: | n/a | Certified: n/a | Phone: n/a |

| TYPE OF PROCEEDING: | DETENTION | REVOCATION | X | PRELIMINARY EXAMINATION | |
|---|---|---|---|---|---|
| | | | | Contested? Yes | Continued from a previous date? No |

| | | | |
|---|---|---|---|
| | Moving party: | Government (Doc. 3 (under seal)) | |
| | Nature of proceedings: | | Ruling: |
| | Review of detention or conditions | | |
| | Review of pre-trial release | | |
| | Review of supervised release | X | Supervised release revoked; 18 months' imprisonment BOP. 2 years' supervised release to follow; special conditions imposed. |
| | Preliminary examination | | |
| | **Witness/Exhibit List is** | Government witness PO Dustin Lutgen (10:05-10:08AM) (The Court 10:08-10:09AM) (Cross 10:09-10:14AM) (Re-direct 10:15AM) <br><br> Court sua sponte receives into evidence material from the first supplemental petition (Doc. 3 at 5–58) | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| | **Miscellaneous:** | Defendant does not contest violations 1, 2, 3(a), 4, 6 & 7. Those violations established. Defendant contests violations 3(b), 3(c) & 5. These violations not established. <br><br> Defendant detained; placement at FCI Sheridan. | |